**No. 44262.**—Protest 541066–G of I. Fujimoto (Honolulu).

Opinion by EVANS, J. The claim at 35 percent under paragraph 775 was sustained on the authority of Abstract 44261.

**No. 44263.**—Protest 33727–K of Georges Mouracade & Fils (New York).

Opinion by EVANS, J. It was stipulated that the apricot paste in question is similar to that the subject of *United States* v. *Sahadi* (23 C. C. P. A. 293, T. D. 48165). The claim at 35 percent under paragraph 735 was therefore sustained.

**No. 44264.**—Protest 9002–K of Julius Laschinger, Inc. (New York).

Opinion by EVANS, J. An analysis indicated that the sausage contains meat other than pork. On the record presented the protest was overruled.

**No. 44265.**—Protests 968919–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by EVANS, J. On the records presented the protests were overruled.